**Opinion issued December 10, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00617-CV

———————————

## CAROLYN SOVANN, Appellant

## V.

## 556 LINDA VISTA LP, Appellee

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1137619**

---

## MEMORANDUM OPINION

Appellant, Carolyn Sovann, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a), 38.8(a). In addition, appellant has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.941(a), 101.041; Order, Fees

Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015).

After being notified that this appeal was subject to dismissal for appellant's failure to file a brief and for appellant's failure to pay appellate fees, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b), (c).

We dismiss the appeal for want of prosecution for failure to timely file a brief and for nonpayment of all required fees. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Goodman, and Countiss.